# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY | APPEARANCE | FILED |
| v. | | 2004 JUL -6 A 9:41 |
| DAVID D'ADDARIO, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF F. FRANCIS D'ADDARIO, et al | CASE NUMBER: 3:01 CV 1103 (AHN) | U.S. DISTRICT COURT BRIDGEPORT, CONN |

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**

David D'Addario, Individually and as Executor of the Estate of F. Francis D'Addario
and
Lawrence D'Addario, Individually and as Executor of the Estate of F. Francis D'Addario

July 2, 2004
**Date**

ct01545
**Connecticut Federal Bar Number**

203-425-4200
**Telephone Number**

203-325-8608
**Fax Number**

mkurzman@shglaw.com
**E-mail address**

_____
**Signature**

Marc J. Kurzman
**Print Clearly or Type Name**

Sandak Hennessey & Greco, LLP
970 Summer Street, Stamford, CT  06905
**Address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATE OF SERVICE

Barbara S. Miller, Esq.
Brody Wilkinson & Ober
2507 Post Road
Southport, CT  06490-1259

Allan B. Taylor, Esq.
Day Berry & Howard
185 Asylum Street
Hartford, CT  06103

Michael C. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT  06103

Matthew B. Woods, Esq.
Goldman Gruber & Woods, LLC
200 Connecticut Avenue
Norwalk, CT  06854

Allan M. Cane, Esq.
325 Reef Road
Fairfield, CT  06430