UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUL 29 P 12: 20

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| THE CADLE COMPANY, | : CIVIL ACTION NO.<br>: 3:01 : CV<br>: 1103 AHN |
| Plaintiff, | : |
| V. | : |
| DAVID D'ADDARIO, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF F. FRANCIS D'ADDARIO; LAWRENCE D'ADDARIO, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF F. FRANCIS D'ADDARIO; F. LEE GRIFFITH, III, INDIVIDUALLY AND AS FORMER EXECUTOR OF THE ESTATE OF F. FRANCIS D'ADDARIO; BARBARA PAOLINI, AS EXECUTOR OF THE ESTATE OF ALBERT F. PAOLINI; MATTHEW B. WOODS, AS EXECUTOR OF THE ESTATE OF LAWRENCE B. SCHWARTZ; VIRGINIA D'ADDARIO, ANN D'ADDARIO, AND MARY LOU D'ADDARIO. | : |
| Defendants. | : July 22, 2004 |

SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT
OF MOTION TO DISMISS OF DEFENDANTS, VIRGINIA
D'ADDARIO, ANN D'ADDARIO AND MARY LOU D'ADDARIO

The defendants, Virginia D'Addario, Ann D'Addario and Mary Lou D'Addario, hereby adopt the Supplemental Memorandum of Law in Support of Motion to Dismiss of the defendants, David D'Addario, Individually and as Executor of the Estate of F. Francis D'Addario and Lawrence D'Addario, Individually and as

Executor of the Estate of F. Francis D'Addario dated July 20, 2004, in its entirety as if more fully set forth at length herein.

Defendants Ann D'Addario, Mary Lou D'Addario Kennedy and Virginia D'Addario

_____
Allan M. Cane, Esq.
Federal Bar No. ct06899
325 Reef Road
Fairfield, CT 06430
Phone: (203) 255-2616
fax: (203) 255-6343

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

------------------------------X
THE CADLE COMPANY                :    CIVIL ACTION NO.
                                      3:01 CV 1103 AHN

    Plaintiff                    :

VS.                              :    NOVEMBER 7, 2001

DAVID D'ADDARIO, INDIVIDUALLY
AND AS EXECUTOR OF THE ESTATE
OF F. FRANCIS D'ADDARIO;
LAWRENCE D'ADDARIO,
INDIVIDUALLY AND AS EXECUTOR
OF THE ESTATE OF F. FRANCIS
D'ADDARIO; F. LEE GRIFFITH, III,
INDIVIDUALLY AND AS FORMER
EXECUTOR OF THE ESTATE OF
F. FRANCIS D'ADDARIO;
BARBARA PAOLINI, AS EXECUTOR
OF THE ESTATE OF ALBERT F.
PAOLINI; MATTHEW B. WOODS,
AS EXECUTOR OF THE ESTATE OF
LAWRENCE B. SCHWARTZ;
VIRGINIA D'ADDARIO, ANN
D'ADDARIO AND MARY LOU
D'ADDARIO                        :

    Defendants                   :
------------------------------X

## CERTIFICATION

    This is to certify that a copy of the foregoing has been mailed, via first class mail, postage prepaid, on this date to:

Michael G. Albano, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Gary S. Klein, Esquire
Sandak, Friedman, Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905

Allan B. Taylor, Esquire
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499

Barbara S. Miller, Esquire
Brody, Wilkinson & Ober, P.C.
2507 Post Road
Southport, CT 06490

Matthew B. Woods, Esquire
Goldman, Gruder & Woods P.C.
200 Connecticut Avenue
Norwalk, CT 06854

_____
ALLAN M. CANE