UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 JAN -5 P 3: 34

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| THE CADLE COMPANY<br>Plaintiff, | : | |
| v. | : | Civil No. 3:01cv1103(AHN) |
| DAVID D'ADDARIO, et al<br>Defendants. | : | |

### ORDER TO VACATE AND TO DISMISS CLAIMS AGAINST F. LEE GRIFFITH III

In light of the court's December 20, 2005, order [Dkt # 79] dismissing the Cadle Company's claims against Barbara Paolini, Virginia D'Addario, Ann D'Addario, Mary Lou D'Addario, David D'Addario, and Lawrence D'Addario, the court hereby vacates its earlier denial of the Cadle Company's motion to dismiss its claims against F. Lee Griffith, III [Dkt # 47], and GRANTS the motion. All claims against F. Lee Griffith, III are dismissed.

SO ORDERED this 5th day of January, 2006, at Bridgeport, Connecticut.

Alan H. Nevas
United States District Judge

1