UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 JAN 17 P 1:56
US DISTRICT COURT
BRIDGEPORT CT

CADLE CO.

v  3:01cv1103 (AHN)

DAVID D'ADDARIO
LAWRENCE D'ADDARIO
F. LEE GRIFFITH, III
BARBARA PAOLINI
MATTHEW B. WOODS
VIRGINIA D'ADDARIO
ANN D'ADDARIO
MARY LOU D'ADDARIO

## AMENDED JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of the defendants' motions to dismiss for lack of jurisdiction.

The Court heard oral argument on November 10, 2005 and has reviewed all of the papers filed in conjunction with the motions. On December 20, 2005 a ruling on defendants' motions to dismiss was entered by the court granting the motions of Barbara Paolini, David D'Addario, Lawrence D'Addario, Virginia D'Addario, Ann D'Addario and Mary Lou D'Addario. In the ruling the Court dismissed the claims against defendant Matthew B. Woods sua sponte. On January 5, 2006 the court entered an order vacating its earlier denial of the Cadle Company's motion to dismiss its claims against F. Lee Griffith, III and granted the motion to dismiss.

Therefore, it is ORDERED and ADJUDGED that judgment is entered dismissing the case without prejudice.

Dated a Bridgeport, Connecticut, this 17th day of January 2006.

Kevin F. Rowe, Clerk

By_____
      Deputy Clerk

Entered on Docket _____