**MANDATE** — **FILED**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Caption [use short title]: nhct 01-cv-1103 Nevas

Docket Number(s): 06-0373-CV

2006 MAR 27 P 2:23
U.S. DISTRICT COURT
NEW HAVEN CT

Cadle Co.
D'Addario

Motion for: Voluntary Dismissal

Set forth below precise, complete statement of relief sought:

Voluntary dismissal of appeal without award of costs to any party

[Stamp: UNITED STATES COURT OF APPEALS FILED FEB 03 2006 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]

MOVING PARTY: The Cadle Company
☒ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

OPPOSING PARTY: see attached sheet

MOVING ATTORNEY: Michael G. Albano
[name of attorney, with firm, address, phone number and e-mail]
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077
malbano@sabiahart.com

OPPOSING ATTORNEY [Name]:
[name of attorney, with firm, address, phone number and e-mail]
see attached sheet

Court-Judge/Agency appealed from: District of Connecticut; Honorable Alan Nevas

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?     ☒ Yes   ☐ No
B. been obtained?   ☒ Yes and ☒ No

Is oral argument requested?   ☐ Yes   ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☒ No
If yes, enter date:

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this Court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency:
March 7, 2006

Signature of Moving Attorney:
[signature]   Date: 2/9/2006

Has service been effected?   ☒ Yes   ☐ No
[Attach proof of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is GRANTED ~~DENIED~~

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by [signature]
Arthur M. Heller, Motions Staff Attorney

Date: 

[Stamp: UNITED STATES COURT OF APPEALS FILED FEB 17 2006 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]

A TRUE COPY
Roseann B. MacKechnie, Clerk
[signature] DEPUTY CLERK

Form T-1080 (Revised 10/31/02)

CERTIFIED: 3/14/06